Russell D. Cook (094934)
Neal D. Douglass (227976)
Law Office of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
E-Mail: rdcook@rdcooklaw.com
Telephone: (559) 225-2510
Facsimile: (559) 225-2389

Attorney for Defendant, DAVIS MORENO CONSTRUCTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVIS MORENO CONSTRUCTION INC., a California corporation,<br><br>    Defendant. | Case No. CV 08-05138 MEJ<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel of record, that, the deadline for Defendant to answer or otherwise

Russell D. Cook
Attorney at Law
1233 W. Shaw Avenue
Suite 100
Fresno, CA 93711
(559) 225-2510

Stipulation and Order Extending Time for
Defendant to File Responsive Pleading    -1-

1  plead in response to the Plaintiff's Complaint shall be, and hereby is, extended by 20 days. The new deadline shall be January 5, 2009.

All other dates, deadlines and calendared hearings specified in this court's "Order Setting Initial Case Management Conference and ADR Deadlines" filed November 12, 2008 shall remain on calender and unaffected by this stipulation and order thereon.

IT IS SO STIPULATED.

Date: December 12, 2008

RUSSELL D. COOK, SB #094934
E-Mail: rdcook@rdcooklaw.com
Law Offices of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 225-2510
Fax: (559) 225-2389

RONALD L. RICHMAN SBN 139189
E-Mail: ron.richman@bullivant.com
BULLIVAN HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: (415) 352-2700
Fax: (415) 352-2701

Based upon the forgoing stipulation IT IS SO ORDERED as follows: The Defendant shall file a responsive pleading on or before January 5, 2009.

Dated: December 16, 2008

By: _____
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Extending Time for
Defendant to File Responsive Pleading         -2-