Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>Davis Moreno Construction, Inc., a California Corporation,<br><br>Defendants. | Case No.: CV 08 5138 MEJ<br><br>**JOINT STATUS CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: October 8, 2009<br>Time: 10:00 a.m.<br>Ctroom: B, 15th Floor<br>Hon. Maria-Elena James |

Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and Defendant Davis Moreno Construction, Inc. ("Davis Moreno"), on the other hand, provide this Court with the following status update.

On November 12, 2008 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint"). Plaintiffs seek to conduct an audit of Defendant's books and records to determine if Defendant properly reported and paid its trust fund contributions on behalf of its covered workers. Defendant Davis Moreno was served with the lawsuit and filed an answer to the complaint on December 5, 2009. Defendant Davis Moreno agreed to allow the audit to be conducted, pursuant to the Stipulated Protective Order filed with this Court and without waiving any of its legal rights or remedies. The audit has not been completed. Plaintiffs Laborers Trust Funds and Defendant Davis Moreno are working together to resolve the audit issues. It is now anticipated that the audit will be completed and the preliminary results of audit will be shared with Defendant within the next 45 days. It is further anticipated that the parties will be able to meet and confer within the next 60 days to discuss any issues related to the audit.

Based on the above, the parties respectfully request that this Court continue the Case Management Conference for 60 days.

DATED: September 30, 2009

                              BULLIVANT HOUSER BAILEY PC

                              By       /s/
                                   Ronald L. Richman
                                   Susan J. Olson

                              Attorneys for Plaintiffs

DATED: September 30, 2009

                              LAW OFFICE OF RUSSELL D. COOK

                              By       /s/
                                   Russell D. Cook

                              Attorneys for Defendant

## ORDER

The parties having submitted this Stipulated Protective Order and Request For Stay and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for October 8, 2009 shall be continued to December 10, 2009 at 10:00 a.m., Courtroom B, 15th Floor.

The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the audit and the parties' informal attempts to resolve any dispute regarding the results of audit.

DATED: October 1, 2009

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

12005919.1