Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

v.

Davis Moreno Construction, Inc., a California Corporation,

Defendants.

Case No.: CV 08 5138 MEJ

**JOINT STATUS CONFERENCE STATEMENT; ORDER THEREON**

Date: December 10, 2009
Time: 10:00 a.m.
Ctroom: B, 15th Floor
Hon. Maria-Elena James

Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and Defendant Davis Moreno Construction, Inc. ("Davis Moreno"), on the other hand, provide this Court with the following status update.

– 1 –
JOINT STATUS CONFERENCE STATEMENT; ORDER THEREON

| | |
|---|---|
| 1 | On November 12, 2008 Plaintiffs Laborers Trust Funds filed their Complaint for |
| 2 | Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction |
| 3 | ("Complaint"). Plaintiffs seek to conduct an audit of Defendant's books and records to |
| 4 | determine if Defendant properly reported and paid its trust fund contributions on behalf of its |
| 5 | covered workers. Defendant Davis Moreno was served with the lawsuit and filed an answer to |
| 6 | the complaint on December 5, 2009. Defendant Davis Moreno agreed to allow the audit to be |
| 7 | conducted, pursuant to the Stipulated Protective Order filed with this Court and without waiving |
| 8 | any of its legal rights or remedies. |
| 9 | The audit has been completed. The results of audit have been provided by Plaintiffs |
| 10 | Laborers Trust Funds to Defendant Davis Moreno. The parties are directly working with each |
| 11 | other to review and discuss the audit results. The parties are informally exchanging information |
| 12 | and documentation regarding the audit results in an attempt to resolve any dispute regarding the |
| 13 | results of audit. At this date, the parties are effectively communicating with each other and |
| 14 | there is every indication that the parties will continue to cooperate with each other, exchange |
| 15 | further information and documentation and, if necessary, meet and confer regarding the results |
| 16 | of audit. It is further anticipated that the parties will need to continue to meet and confer over |
| 17 | the next 60 days to discuss any issues related to the audit. |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Based on the above, the parties respectfully request that this Court continue the Case |
| 2 | Management Conference for 60 days. |
| 3 | DATED: December 3, 2009 |

BULLIVANT HOUSER BAILEY PC

By     /s/
      Ronald L. Richman

Attorneys for Plaintiffs

DATED: December 3, 2009

LAW OFFICE OF RUSSELL D. COOK

By     /s/
      Russell D. Cook

Attorneys for Defendant

**ORDER**

The parties having submitted this Joint Status Conference Statement and there appearing to be good cause to continue the Status Conference:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for December 10, 2009 shall be continued to February 18, 2010 at 10:00 a.m., Courtroom B, 15th Floor. The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the audit and the parties' informal attempts to resolve any dispute regarding the results of audit.

DATED: December 7, 2009

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

12168321.1

– 4 –
JOINT STATUS CONFERENCE STATEMENT; ORDER THEREON