Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>Davis Moreno Construction, Inc., a California Corporation,<br><br>Defendants. | Case No.: CV 08 5138 MEJ<br><br>**JOINT STATUS CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: February 18, 2010<br>Time: 10:00 a.m.<br>Ctroom: B, 15th Floor<br>Hon. Maria-Elena James |

Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and Defendant Davis Moreno Construction, Inc. ("Davis Moreno"), on the other hand, provide this Court with the following status update.

1         On November 12, 2008 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint"). Plaintiffs seek to conduct an audit of Defendant's books and records to determine if Defendant properly reported and paid its trust fund contributions on behalf of its covered workers. Defendant Davis Moreno was served with the lawsuit and filed an answer to the complaint on December 5, 2009. Defendant Davis Moreno agreed to allow the audit to be conducted, pursuant to the Stipulated Protective Order filed with this Court and without waiving any of its legal rights or remedies.

        The audit was completed. The results of audit were provided by Plaintiffs Laborers Trust Funds to Defendant Davis Moreno. Defendant Davis Moreno provided the Trust Funds with additional information and documentation. Based on this additional information and documentation, on December 11, 2009, the Trust Funds presented Davis Moreno, through counsel, with the revised audit. To date, the parties have not reached agreement regarding the revised audit.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the value of the dispute, the parties agree to mediation.

DATED: February 9, 2010

          BULLIVANT HOUSER BAILEY PC

By     /s/
Ronald L. Richman

Attorneys for Plaintiffs

DATED: February 9, 2010

          LAW OFFICE OF RUSSELL D. COOK

By     /s/
Russell D. Cook

Attorneys for Defendant

As the parties intend to proceed with mediation, the Court hereby CONTINUES the C.M.C. to May 20, 2010 at 10:00 a.m. All deadlines are adjusted accordingly.

Dated: February 11, 2010

*IT IS SO ORDERED*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12298806.1

– 3 –
JOINT STATUS CONFERENCE STATEMENT