1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | BOARD OF TRUSTEES OF THE                | Case No.: CV 08 5138 MEJ
   | LABORERS HEALTH AND WELFARE             |
11 | TRUST FUND FOR NORTHERN                 | **NOTICE OF SETTLEMENT**
   | CALIFORNIA; BOARD OF TRUSTEES OF        | **AND ORDER THEREON**
12 | THE LABORERS VACATION-HOLIDAY           |
   | TRUST FUND FOR NORTHERN                 | Date:   May 20, 2010
13 | CALIFORNIA; BOARD OF TRUSTEES OF        | Time:   10:00 a.m.
   | THE LABORERS PENSION TRUST FUND         | Ctroom: B, 15th Floor
14 | FOR NORTHERN CALIFORNIA; and            |         Hon. Maria-Elena James
   | BOARD OF TRUSTEES OF THE                |
15 | LABORERS TRAINING AND RETRAINING        |
   | TRUST FUND FOR NORTHERN                 |
16 | CALIFORNIA,                             |

17              Plaintiffs,

18     v.

19 Davis Moreno Construction, Inc., a California
   Corporation,
20
                Defendants.
21

22

23     Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers

24 Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for

25 Northern California, and Laborers Training and Retraining Trust Fund for Northern California

26 and Defendant Davis Moreno Construction, Inc. have reached a settlement.

27

28

– 1 –
NOTICE OF SETTLEMENT

1     The settlement agreement has been drafted and it is anticipated that the settlement agreement will be executed by the parties and that a dismissal will be on file prior to the May 20, 2010 case management conference.

DATED: May 11, 2010

                            BULLIVANT HOUSER BAILEY PC

                            By     /s/
                                 Ronald L. Richman

                            Attorneys for Plaintiffs

The May 20, 2010 Case Management Conference is hereby VACATED. The parties shall file a stipulation for dismissal or a joint status report by May 27, 2010.

IT IS SO ORDERED

Dated: May 13, 2010

*[Signature and seal: Judge Maria-Elena James, United States District Court, Northern District of California]*

12537049.1

— 2 —
NOTICE OF SETTLEMENT