Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> Davis Moreno Construction, Inc., a California Corporation, <br><br> Defendants. | Case No.: CV 08 5138 MEJ <br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON** |

— 1 —
STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant Davis Moreno Construction, Inc., on the other hand, through their respective counsel, that pursuant to a settlement, this case be dismissed, with prejudice, each side to bear their own costs and fees.

DATED: June 23, 2010

BULLIVANT HOUSER BAILEY PC

By /s/
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: June 23, 2010

LAW OFFICE OF RUSSEL D. COOK

By /s/
Russell D. Cook

Attorneys for Defendant

**ORDER**

Pursuant to Stipulation by the parties and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, with prejudice, each side to bear their own costs and fees.

DATED: June 24 2010

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

12625878.1